**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------X

Carlos Contreras,                                           2:25-cv-00418-AYS

                Plaintiff,                          NOTICE OF APPEARANCE

    -against-

Polar Property Services, Inc., John A. Romanelli and Richard P. Sculco,

                Defendants.
-------------------------------------------------------X

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

    Kindly enter my appearance as counsel for Defendants Polar Property Services, Inc. and Richard P. Sculco. I certify that I am admitted to practice law in the Eastern District of New York.

Dated: Massapequa, New York
       January 27, 2025

The NHG Law Group, P.C.

_____
By: Keith E. Williams, Esq.
*Attorneys for Defendants Polar Property Services, Inc. and Richard P. Sculco*
4242 Merrick Road
Massapequa, New York 11758
Tel: 516.228.5100
keith@nhglaw.com

1