**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------X

Carlos Contreras,                                           2:25-cv-00418-AYS

                Plaintiff,                      **NOTICE OF APPEARANCE**

   -against-

Polar Property Services, Inc., John A. Romanelli and Richard P. Sculco,

                Defendants.
-----------------------------------------------------X

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

      Kindly enter my appearance as counsel for Defendant John A. Romanelli. I certify that I am admitted to practice law in the Eastern District of New York.

Dated: Massapequa, New York
         February 27, 2025

The NHG Law Group, P.C.

_____
By: Keith E. Williams, Esq.
*Attorneys for Defendants*
4242 Merrick Road
Massapequa, New York 11758
Tel: 516.228.5100
keith@nhglaw.com

1