**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------X
Carlos Contreras,                                                                2:25-cv-00418-AYS

                Plaintiff,                                              NOTICE OF APPEARANCE

   -against-

Polar Property Services, Inc., John A. Romanelli and Richard P. Sculco,

                Defendants.
-------------------------------------------------------X

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

      Kindly enter my appearance as counsel for Defendants. I certify that I am admitted to practice law in the Eastern District of New York.

| | |
|---|---|
| Dated: Massapequa, New York<br>April 21, 2025 | The NHG Law Group, P.C.<br><br>_____<br>By: Victoria Spagnolo, Esq.<br>*Attorneys for Defendants*<br>4242 Merrick Road<br>Massapequa, New York 11758<br>Tel: 516.228.5100<br>vspagnolo@nhglaw.com |

1