

4242 Merrick Road, Massapequa, New York 11758

| Attorneys | Paralegals |
|---|---|
| Justin M. Reilly, Esq. | Rosa Coscia |
| Keith E. Williams, Esq. | Catalina Roman |

**Via: Electronic Mail**                                                                      **April 21, 2025**

Steven John Moser, Esq.
Moser Law Firm, P.C.
133C New York Ave
Huntington, New York 11743
Tel: 631.824.0200
steven.moser@moserlawfirm.com

    **Re:**   *Contreras v. Polar Property Services, Inc., et al,.*; 2:25-cv-00418-NJC-AYS

Dear Mr. Moser:

On behalf of Defendants in the above-referenced action, please find Defendants' Motion to Dismiss Plaintiff's Complaint attached. The motion papers include the following documents, which will not be filed with the Court until the motion is fully briefed, pursuant to the Court's bundling rule:

1. Defendants' Notice of Motion to Dismiss Plaintiff's Complaint;

2. Defendants' Memorandum of Law in Support of Defendants' Motion to Dismiss;

3. The Declaration of Keith E. Williams, Esq. in Support of Defendants' Motion to Dismiss;

4. Exhibit A.

This cover letter will be filed with the Court, pursuant to the Court's rules.

                                                                                      Respectfully yours,

                                                                                     Victoria Spagnolo, Esq.

Enclosures: as stated.