**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------X

CARLOS CONTRERAS,                                        **2:25-cv-00418-NJC-AYS**

                                Plaintiff,               **DECLARATION OF KEITH E.**
                                                         **WILLIAMS, ESQ. IN SUPPORT OF**
        -against-                                        **DEFENDANTS' MOTION TO DISMISS**
                                                         **PLAINTIFF'S COMPLAINT PURSUANT**
POLAR PROPERTY SERVICES, INC.,                           **TO FED. R. CIV. P. 12(b)(1) AND 12(b)(6)**
JOHN A. ROMANELLI, and RICHARD
P. SCULCO,

                                Defendants.

-----------------------------------------------------X

I, KEITH E. WILLIAMS, ESQ., hereby declare under the penalty of perjury pursuant to

28 U.S.C. § 1746 that the following is true and correct:

1.      I am over the age of 21, competent to testify, and if called to testify would do so

consistently with all matters set forth herein.

2.      I am an attorney at The NHG Law Group, P.C., counsel of record for Defendants,

POLAR PROPERTY SERVICES, INC., JOHN A. ROMANELLI, and RICHARD P. SCULCO

(collectively, "Defendants") in this action. As such, I have personal knowledge of the facts set forth

in this Declaration.

3.      I submit this Declaration in Support of Defendants' Motion to Dismiss the

Complaint of Plaintiff, CARLOS CONTRERAS ("Plaintiff").

4.      Attached hereto at **Exhibit A** is a true and accurate copy of Plaintiff's Complaint,

dated January 13, 2025 and filed on January 24, 2025 [D.E. 1].

Dated:  Massapequa, New York
        April 21, 2025
                                                _____
                                                Keith E. Williams, Esq.
                                                The NHG Law Group, P.C.
                                                *Attorneys for the Defendants*
                                                4242 Merrick Road

Massapequa, New York 11758
Tel: 516.228.5100
keith@nhglaw.com