# MOSER LAW FIRM, PC



**Steven J. Moser**
Tel: 631-824-0200
steven.moser@moserlawfirm.com

May 15, 2025

**VIA ECF**

Hon. Nusrat J. Choudhury, USDJ
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

Re: *Contreras v. Polar Property Services Inc.,* 2:25-cv-00418, (E.D.N.Y)

Dear Judge Choudhury:

I represent the Plaintiff Carlos Contreras in the above referenced matter. By this letter I respectfully request an extension of the time to file an amended complaint *nunc pro tunc*, from May 12, 2025 until May 19, 2025. The reason for this request is that this week has been somewhat chaotic as my wife's father passed away last Saturday, requiring her to travel out of state this week and I had a bench trial on Monday.

Earlier today I emailed Defendants' counsel asking whether they consent to this request. In response Defendants filed their motion to dismiss as *unopposed* and indicated that they do not consent to any extension.

Respectfully submitted,

*Steven J. Moser*

Steven J. Moser