| UNITED STATES DISTRICT COURT | CIVIL CONFERENCE |
| EASTERN DISTRICT OF NEW YORK | MINUTE ENTRY |

BEFORE: ANNE Y. SHIELDS  
U.S. MAGISTRATE JUDGE

DATE: 7/8/25  
TIME: 11:30 AM  
FTR: 11:36-11:40

CASE: **CV 25-418 (NJC) (AYS)** Contreras v. Polar Property Services Inc. et al

TYPE OF CONFERENCE: INITIAL

APPEARANCES: Plaintiff: Steven Moser

Defendant: Keith Williams

**THE FOLLOWING RULINGS WERE MADE:**
Conference held.