

4242 MERRICK ROAD, MASSAPEQUA, NEW YORK 11758

| ATTORNEYS | PARALEGALS |
|---|---|
| JUSTIN M. REILLY, ESQ. | ROSA COSCIA |
| KEITH E. WILLIAMS, ESQ. | CATALINA ROMAN |

**Via: Electronic Mail**　　　　　　　　　　　　　　　　　　　　　　　September 22, 2025

Steven John Moser, Esq.
Moser Law Firm, P.C.
133C New York Ave
Huntington, New York 11743
Tel: 631.824.0200
steven.moser@moserlawfirm.com

**Re:**　*Contreras v. Polar Property Services, Inc., et al,.*; 2:25-cv-00418-NJC-AYS

Dear Mr. Moser:

On behalf of Defendants in the above-referenced action, please find Defendants' Motion to Partially Dismiss Plaintiff's Amended Complaint attached. The motion papers include the following documents, which will not be filed with the Court until the motion is fully briefed, pursuant to the Court's bundling rule:

1. Defendants' Notice of Motion to Partially Dismiss Plaintiff's Amended Complaint;

2. Defendants' Memorandum of Law in Support of Defendants' Motion to Partially Dismiss Plaintiff's Amended Complaint;

3. The Declaration of Keith E. Williams, Esq. in Support of Defendants' Motion to Partially Dismiss Plaintiff's Amended Complaint;

4. Exhibits A and B.

This cover letter will be filed with the Court, pursuant to the Court's rules.

　　　　　　　　　　　　　　　　　　　　　　　　　　Respectfully yours,

　　　　　　　　　　　　　　　　　　　　　　　　　　Keith E. Williams, Esq.

Enclosures: as stated.

PHONE: 516.228.5100　　　FAX: 516.228.5106　　　INFO@NHGLAW.COM
WWW.NHGLAW.COM　　　WWW.NEWYORKOVERTIMELAW.COM