

**Steven J. Moser**
Tel: 631-824-0200
steven.moser@moserlawfirm.com

September 22, 2025

**VIA ECF**

Hon. Anne Y Shields, USMJ
United States District Court, EDNY
100 Federal Plaza
Central Islip, NY 11717

    Re:    *Contreras v Polar Property Services,* Case No. 25-cv-00418-NC-AYS

Dear Judge Shields:

    Please accept this report regarding the status of settlement negotiations.  The parties have been unable to reach a settlement and jointly request that the matter be referred to mediation.

    Respectfully Submitted,

*Steven J. Moser*

Steven J. Moser

CC:    All counsel of record via ECF