**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------X

| | |
|---|---|
| CARLOS CONTRERAS, | 2:25-cv-00418-NJC-AYS |
| Plaintiff, | DECLARATION OF KEITH E. WILLIAMS, ESQ. IN SUPPORT OF DEFENDANTS' MOTION TO PARTIALLY DISMISS PLAINTIFF'S AMENDED COMPLAINT PURSUANT TO FED. R. CIV. P. 12(b)(6) |
| -against- | |
| POLAR PROPERTY SERVICES, INC., JOHN A. ROMANELLI, and RICHARD P. SCULCO, | |
| Defendants. | |

-----------------------------------------------------X

I, KEITH E. WILLIAMS, ESQ., hereby declare under the penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct:

1. I am over the age of 21, competent to testify, and if called to testify would do so consistently with all matters set forth herein.

2. I am an attorney at The NHG Law Group, P.C., counsel of record for Defendants, POLAR PROPERTY SERVICES, INC., JOHN A. ROMANELLI, and RICHARD P. SCULCO (collectively, "Defendants") in this action. As such, I have personal knowledge of the facts set forth in this Declaration.

3. I submit this Declaration in Support of Defendants' Motion to Partially Dismiss the Amended Complaint of Plaintiff, CARLOS CONTRERAS ("Plaintiff").

4. Attached hereto at **Exhibit A** is a true and accurate copy of Plaintiff's Complaint, dated January 13, 2025 and filed on January 24, 2025 [D.E. 1].

**Continued on next page.**

5. Attached hereto at **Exhibit B** is a true and accurate copy of Plaintiff's Amended Complaint, dated and filed on May 16, 2025 [D.E. 18].

Dated: Massapequa, New York
       September 22, 2025

_____
Keith E. Williams, Esq.
The NHG Law Group, P.C.
*Attorneys for the Defendants*
4242 Merrick Road
Massapequa, New York 11758
Tel: 516.228.5100
keith@nhglaw.com