

---

4242 MERRICK ROAD, MASSAPEQUA, NEW YORK 11758

| ATTORNEYS | PARALEGALS |
|---|---|
| JUSTIN M. REILLY, ESQ. | ROSA COSCIA |
| KEITH E. WILLIAMS, ESQ. | CATALINA ROMAN |

**Via: EDNY ECF**                                                                                      December 23, 2025

Honorable Judge Anne Y. Shields, U.S.M.J.
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

Re:   *Contreras v. Polar Property Services, Inc., et al.*; 2:25-cv-00418-NJC-AYS

Dear Hon. Judge Shields,

I represent Defendants, Polar Property Services, Inc., John A. Romanelli, and Richard P. Sculco (collectively, "Defendants"), in the above-referenced action. Please accept this correspondence as Defendants' request for an extension of time to complete mediation. I attempted to obtain Plaintiff's counsel's consent for this request but he did not reply to my emails.

On September 23, 2025, Your Honor referred the Parties to the Court's ADR Mediation Program and set a December 23, 2025 deadline to complete the mediation. The Parties jointly selected a mediator and scheduled the mediation for December 15, 2025. Unfortunately, due to an unforeseen scheduling conflict involving one of the individual defendants, Defendants requested that the mediator adjourn the mediation to a date on which all participants would be available. The mediator agreed to do so. The Parties have since been attempting to find a mutually agreeable date.

The Parties are currently scheduled for oral argument on January 20, 2026 in connection with Defendants' pending motion to partially dismiss the complaint. Defendants would prefer to complete mediation prior to that conference, as undersigned counsel does not have availability thereafter until mid-March. Plaintiff, however, has indicated that he does not wish to attend mediation until after oral argument, even if doing so would necessitate a mediation date in March.

In light of these scheduling constraints, Defendants respectfully request an extension of time to complete mediation and defer to the Court's discretion in setting an appropriate deadline.

We thank the Court for its time and attention to this request.

Respectfully submitted,

Keith E. Williams, Esq.

cc: all counsel of record, via ECF.

PHONE: 516.228.5100        FAX: 516.228.5106        INFO@NHGLAW.COM

WWW.NHGLAW.COM        WWW.NEWYORKOVERTIMELAW.COM