

4242 MERRICK ROAD, MASSAPEQUA, NEW YORK 11758

| ATTORNEYS | PARALEGALS |
|---|---|
| JUSTIN M. REILLY, ESQ. | ROSA COSCIA |
| KEITH E. WILLIAMS, ESQ. | CATALINA ROMAN |

**Via: EDNY ECF**                                                                    **January 16, 2026**

Honorable Judge Nusrat J. Choudhury
United States District Judge
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

    **Re:**     *Contreras v. Polar Property Services, Inc., et al.*; 2:25-cv-00418-NJC-AYS

Dear Hon. Judge Choudhury,

I represent Defendants, Polar Property Services, Inc., John A. Romanelli, and Richard P. Sculco, in the above-referenced action. I write to inform the Court that the Parties were able to resolve this case in principle at mediation earlier today. Accordingly, Defendants respectfully request that all deadlines and conferences, including the oral argument on Defendants' motion to dismiss scheduled for January 20, 2026, be adjourned *sine die*. The Parties anticipate submitting the agreement and a motion for approval within the next thirty days. I attempted to obtain Plaintiff's counsel's consent to file this as a joint request; however, he was unavailable to return my email.

We thank the Court for its time and attention to this request.

                                                                                     Respectfully submitted,

                                                                                     Keith E. Williams, Esq.

cc: all counsel of record, via ECF.