

4242 Merrick Road, Massapequa, New York 11758

| Attorneys | Paralegals |
|---|---|
| Justin M. Reilly, Esq. | Rosa Coscia |
| Keith E. Williams, Esq. | Catalina Roman |

**Via: EDNY ECF**  January 22, 2026

Honorable Judge Nusrat J. Choudhury
United States District Judge
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

**Re:**  *Contreras v. Polar Property Services, Inc., et al.*; 2:25-cv-00418-NJC-AYS

Dear Hon. Judge Choudhury,

I represent Defendants, Polar Property Services, Inc., John A. Romanelli, and Richard P. Sculco, in the above-referenced action. I write jointly with Plaintiff's counsel to inform the Court that this case has been resolved in principle. Accordingly, we respectfully request that all deadlines and conferences, including the oral argument on Defendants' motion to dismiss scheduled for January 27, 2026, be adjourned sine die. The Parties anticipate submitting the agreement and a motion for approval within the next thirty days.

We thank the Court for its time and attention to this request.

Respectfully submitted,

Keith E. Williams, Esq.

cc: all counsel of record, via ECF.

Phone: 516.228.5100    Fax: 516.228.5106    Info@nhglaw.com
www.nhglaw.com    www.newyorkovertimelaw.com