

Steven J. Moser, Esq.
steven.moser@moserlawfirm.com

February 25, 2026

**VIA ECF**

Arlene R. Lindsay
United States District Court, Eastern District of New York
100 Federal Plaza
Central Islip, NY 11717

Re:  Contreras Carlos v Polar Property Services
     Case No.:   25-cv-00418-NJC-AYS

Dear Judge Lindsay:

    I represent the Plaintiff in the above referenced FLSA action. Today is the current deadline for submission of a motion for approval of the proposed settlement. With the consent of counsel for the Defendants, Plaintiff respectfully requests an additional two weeks (until March 11, 2026) to submit the motion.

Respectfully submitted,

*Steven J. Moser, Esq.*
Steven J. Moser

CC: All counsel of record via ECF

**MOSER LAW FIRM, P.C.**
453 West Main Street, Huntington, NY 11743
O: (631) 759-9766 | www.moserlawfirm.com