UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------X
CARLOS CONTRERAS,                                          2:25-cv-00418

                Plaintiff,                    STIPULATION OF DISMISSAL
                                                                                                 WITH PREJUDICE

   -against-

POLAR PROPERTY SERVICES, INC.,
JOHN A. ROMANELLI, and RICHARD
P. SCULCO,

                Defendants.
-----------------------------------------------------X

      **IT IS STIPULATED AND AGREED** by and between the undersigned counsel for Plaintiff and Defendants that this action is hereby dismissed with prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure and without costs or fees to either party;

| Dated: Massapequa, New York | Dated: Huntington, New York |
| --- | --- |
| March 10, 2026 | March 10, 2026 |
| The NHG Law Group, P.C. | Moser Law Firm, P.C. |
| *[signature]* | *[signature]* |
| By: Keith E. Williams, Esq. | By: Steven John Moser, Esq. |
| *Attorneys for Defendants* | *Attorney for Plaintiff* |
| 4242 Merrick Road | 133C New York Ave |
| Massapequa, New York 11758 | Huntington, New York 11743 |
| Tel: 516.228.5100 | Tel: 631.824.0200 |
| keith@nhglaw.com | steven.moser@moserlawfirm.com |

**SO, ORDERED:**

_____

1