UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------X
CARLOS CONTRERAS,                                                            2:25-cv-00418

                Plaintiff,                    **STIPULATION OF DISMISSAL**
                                                                   **WITH PREJUDICE**

    -against-

POLAR PROPERTY SERVICES, INC.,
JOHN A. ROMANELLI, and RICHARD
P. SCULCO,

                Defendants.
-----------------------------------------------------X

      **IT IS STIPULATED AND AGREED** by and between the undersigned counsel for Plaintiff and Defendants that this action is hereby dismissed with prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure and without costs or fees to either party;

| | |
|---|---|
| Dated: Massapequa, New York<br>       March 10, 2026 | Dated: Huntington, New York<br>       March 10, 2026 |
| The NHG Law Group, P.C. | Moser Law Firm, P.C. |
| *[signature]* | *[signature]* |
| By: Keith E. Williams, Esq.<br>*Attorneys for Defendants*<br>4242 Merrick Road<br>Massapequa, New York 11758<br>Tel: 516.228.5100<br>keith@nhglaw.com | By: Steven John Moser, Esq.<br>*Attorney for Plaintiff*<br>133C New York Ave<br>Huntington, New York 11743<br>Tel: 631.824.0200<br>steven.moser@moserlawfirm.com |

**SO, ORDERED:**

_____

The signed document can be validated at https://app.vinesign.com/Verify